**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

RONNIE DAVIS WALLS                                                                    PETITIONER

vs.                                                                Civil Action No. 3:11-cv-244 HTW-LRA

RONALD KING and JIM HOOD                                                       RESPONDENTS

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson and the written objection to the proposed findings and recommendation. Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this court.

**SO ORDERED, THIS THE 21st DAY OF OCTOBER, 2011.**

                                                s/ **HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE**